Plaintiffs:
Rene Ortiz (AKA) "El Sariqueno",
El Municipio de Saric Sonora Mexico,
El Estado de Sonora, Mexico,
Estados Unidos Mexicanos:

Attorneys for Plaintiffs:
Lewis Brisbois Bisgaard & Smith LLP:
Attorneys- Stephen Heald Turner #89627  Email: stephen.turner@lewisbrisbois.com;
Larissa Guerrero Nefulda #201903, Email: larissa.nefulda@lewisbrisbois.com
U.S. Attorneys Joseph Frueh, William Dean Carter, Camille Stroughter
560 E Cactus Wren Dr.
Casa Grande, AZ 85122
(602) 754-0025

CV-24-02417-PHX-CDB

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA, TUCSON

| | |
|---|---|
| EL SARIQUENO (AKA- RENE ORTIZ) EL MUNICIPIO DE SÁRIC SONORA MEXICO, (MAYOR EDGAR VALENZULA) EL ESTADO DE SONORA, MEXICO, ESTADOS UNIDOS MEXICANOS,<br><br>Plaintiffs,<br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>THE UNITED STATES GOVERNMENT,<br>SPEAKER OF THE HOUSE MIKE JOHNSON,<br>PRESIDENT OF THE UNITED STATES JOSEPH ROBINETTE BIDEN JR.,<br>THE STATE OF CALIFORNIA,<br>GOVERNOR GAVIN CHRISTOPHER NEWSOM, | Case No.<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**<br><br>**THIS PETITION IS FILED IN ACCORDANCE WITH THE FIRST AMENDMENT AND RELEVANT CASE LAW(S). NO FILING FEE OR OTHER REQUIREMENTS SHOULD BE IMPOSED ON THE PETITIONERS, AS THEY ARE EXERCISING THEIR CONSTITUTIONAL RIGHT TO PETITION THE GOVERNMENT OF THEIR GRIEVANCES AGAINST THE GOVERNMENT(S)** |

| | |
|---|---|
| THE STATE OF ARIZONA, <br> THE GOVERNOR KATHLEEN MARIE HOBBS, <br> THE STATE OF SONORA, <br> THE GOVERNADOR OF THE STATE OF SONORA, ALFONSO DURAZO MONTAÑO, <br> THE UNITED MEXICAN STATES, AND ITS' PRESIDENT AMLO- ANDRÉS MANUEL LÓPEZ OBRADOR, <br> THE MEXICAN GOVERNMENT, <br>       Defendants. | **\*\*Jury Trial Demanded\*\*** <br><br> Judge: <br> Date: <br> Time: <br> Crtrm.: <br> Complaint Filed: September 13, 2024 <br> Trial Date: |

Plaintiffs, Rene Ortiz AKA "El Sariqueno", and El Municipio de Saric, Sonora, Mexico collectively "Plaintiffs", peacefully and patriotically exercising our First Amendment Right, as a concerned US Citizen and a honorably discharged Combat US Marine Veteran, and by and through their undersigned attorneys, and in the filing this Complaint and Injunction against the Governments of the United States of America, the President of the United States, the Speaker of the House of Representatives, the State of California, the Governor of California, the State of Arizona, the Governor of Arizona, the United Mexican States, the President of Mexico, the State of Sonora, and the Governor of Sonora, collectively "Defendants", and allege as follows

## **\*\*INTRODUCTION\*\***

1. This action arises out of the construction and presence of a border wall in the border town of Sáric/Sasabe, Sonora, Mexico and the State of Arizona causing environmental, aesthetic, social, and economic harms.

## **JURISDICTION AND VENUE**

2. This Court has jurisdiction pursuant to *28 U.S.C. § 1331, 28 U.S.C. § 1367* and both Countries respective Constitutions and/or Treaties.

3. Venue is proper in this judicial district pursuant to *28 U.S.C. § 1391(b)*.

## **PARTIES**

4. Plaintiff Rene Ortiz AKA "El Sariqueno" is a Mexican citizen and resident of Sáric, Sonora, Mexico and a U.S. Citizen and Combat Veteran residing in Casa Grande, Arizona.

5. Plaintiff El Municipio de Sáric is the local municipal government of the border town of Sáric/Sasabe in Sonora, Mexico.

6. Defendant United States of America is a sovereign Nation.

7. Defendant President of the United States is the current sitting President.

8. Defendant Speaker of the House of Representatives is the current Speaker.

9. Defendant State of California is a constituent State of the United States.

10. Defendant Governor of California is the current Governor of the State of California.

11. Defendant State of Arizona is a constituent State of the United States.

12. Defendant Governor of Arizona is the current Governor of the State of Arizona.

13. Defendant United Mexican States is a sovereign Nation.

14. Defendant President of Mexico is the current sitting President.

15. Defendant State of Sonora is a constituent State of the United Mexican States.

16. Defendant Governor of Sonora is the current Governor of the State of Sonora.

## **FACTUAL ALLEGATIONS**

17. The U.S.-Mexico border wall was constructed in the town of Sáric, Sonora, by the United States Government due to racial tensions and hostilities between each Nation.

18. The wall has disrupted the environment, causing harm to local wildlife and ecosystems.

19. The wall is viewed as an eyesore and a symbol of hostility by the local community.

20. The construction and presence of the wall have caused significant economic, social, and cultural disruptions in Sáric and across the border communities.

21. International agreements and environmental protection laws have been violated by the construction of this wall, which the U.S. Government circumvented to construct the border wall.

## **CAUSES OF ACTION**

**Count I: Violation of Environmental Protection Laws**

22. Plaintiffs reallege and incorporate by reference the allegations set forth in paragraphs 1 through 21.

23. The construction of the wall violates various environmental protection laws, including but not limited to the National Environmental Policy Act (NEPA), the Endangered Species Act (ESA), and Agreements, Treaties between the Countries.

24. These violations have resulted in significant environmental damage, affecting local flora and fauna.

**Count II: Unconstitutional Hostility**

25. Plaintiffs reallege and incorporate by reference the allegations set forth in paragraphs 1 through 24.

26. The wall represents a form of unconstitutional hostility towards the citizens of Sáric and the broader U.S./Mexican communities.

27. This hostility undermines the principles of equality and mutual respect enshrined in both U.S. and international law.

**Count III: Aesthetic and Environmental Nuisance**

28. Plaintiffs reallege and incorporate by reference the allegations set forth in paragraphs 1 through 27.

29. The wall is an aesthetic and environmental nuisance, disrupting the natural landscape and causing various forms of pollution.

30. The degradation caused by the wall affects the quality of life and mental well-being of the residents of Sáric; and aggravates the veteran, "El Sariqueno" (Rene Ortiz), service-connected disabilities to see such madness, disdained and disrespect for the culture and of our way of Life.

31. The wall's presence discourages tourism, impacting the local economy.

32. The wall contributes to noise pollution and other environmental impacts that degrade the quality of life for the local population.

**Count IV: Harm to Local Communities**

33. Plaintiffs reallege and incorporate by reference the allegations set forth in paragraphs 1 through 32.

34. The presence of the wall has severely disrupted the local communities on both sides of the border, causing economic harm and infringing upon the cultural and social ties that have historically existed.

35. The wall restricts cross-border family connections, cultural exchanges, and economic interactions which are vital for the well-being and prosperity of border communities.

36. The wall has created physical and psychological barriers between communities that have been historically and socially bonded.

**Count V: Violation of International Agreements**

37. Plaintiffs reallege and incorporate by reference the allegations set forth in paragraphs 1 through 36.

38. The construction of the wall violates several international agreements and treaties signed by both the United States and Mexico, aimed at promoting cooperation, commercial enterprises, environmental protection, and the preservation of human rights.

39. These violations undermine the global standing and diplomatic relations between the two countries and their commitments to international norms.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully request that this Court:

1. Issue a permanent injunction requiring the removal of the border wall in the town of Sáric, Sonora within one year period;

2. Award Plaintiffs $200 billion from each Defendant in compensatory damages and for the cost of the removal of the wall;

3. Ensure that compensatory damages cover:

a. Environmental restoration to reverse the damage caused by the wall;

b. Economic compensation for the citizens of Sáric affected by the presence of the wall;

c. Rehabilitation and support programs for communities disrupted by the wall;

4. Award any additional relief as this Court deems just and proper to ensure the removal of the border wall and compensation for the citizens and residents of Sáric.

## **DEMAND FOR JURY TRIAL**

Plaintiffs demand a trial by jury on all issues so triable.

DATED this 13th day of September 2024.

Respectfully submitted,

*[signature]*

Plaintiffs:
Rene Ortiz AKA "El Sariqueno"
El Municipio de Sáric Sonora México

Statement in Support of a Claim- 9