Case 2:24-cv-02417-JAT   Document 7   Filed 10/09/24   Page 1 of 11

LODGED
RECEIVED
COPY

OCT - 9 2024

U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EL SARIQUENO (AKA- RENE ORTIZ) EL MUNICIPIO DE SÁRIC SONORA MEXICO, (MAYOR EDGAR VALENZULA) EL ESTADO DE SONORA, MEXICO, ESTADOS UNIDOS MEXICANOS,<br><br>Plaintiffs,<br>vs.<br>THE UNITED STATES OF AMERICA,<br>THE UNITED STATES GOVERNMENT,<br>SPEAKER OF THE HOUSE MIKE JOHNSON,<br>PRESIDENT OF THE UNITED STATES JOSEPH ROBINETTE BIDEN JR.,<br>THE STATE OF CALIFORNIA,<br>GOVERNOR GAVIN CHRISTOPHER NEWSOM,<br>THE STATE OF ARIZONA,<br>THE GOVERNOR KATHLEEN MARIE HOBBS,<br>THE STATE OF SONORA,<br>THE GOVERNADOR OF THE STATE OF SONORA, ALFONSO DURAZO MONTAÑO,<br>THE UNITED MEXICAN STATES, AND ITS' PRESIDENT AMLO- ANDRÉS MANUEL LÓPEZ OBRADOR,<br>THE MEXICAN GOVERNMENT,<br>Defendants. | Case No. CV-24-2417-PHX-CDB<br>Case No. CV-24-2416-PHX-ESW<br><br>**RE: PLAINTIFFS' RESPONSE TO COURT'S ORDER TO SHOW CAUSE RE: LOCAL RULE 3.7(b) ASSIGNMENT OF MAGISTRATE JUDGE**<br><br>Judge: Hon. John J. Tuchi<br>Date: October 22, 2024<br>Time: 10:00 a.m.<br>Crtrm.: No. 505, 5th Floor<br>Complaint Filed: September 13, 2024<br>Trial Date: |

Plaintiff(s), Candidate for the Oval Office
RENE ORTIZ, PAG, U.S. Marine Combat Veteran Represented by
Department of Veterans Affairs, (VA), Commandant of the Marine Corps,
The American Federation of Government Employees (AFGE)
Veterans of Foreign Wars, (VFW)
The United States Attorneys General, Sacramento Office (USAG) and
The Law Offices of "*Alpha Zulu*" (*Undisclosed due to Confidentiality & Privacy*)

El Municipio de Saric Sonora México,
El Estado de Sonora, México,
Estados Unidos Mexicanos:

Joseph R. Biden Jr., President of the United States
Claudia Sheinbaum Pardo President of Mexico
Kamala D. Harris, Vice President of the United States

Attorneys/representative(s) for Plaintiff(s):
Lewis Brisbois Bisgaard & Smith LLP:
Attorneys- Stephen Heald Turner #89627   Email: stephen.turner@lewisbrisbois.com;
Larissa Guerrero Nefulda #201903, Email: larissa.nefulda@lewisbrisbois.com

Attorneys, Tutelary, Caretaker for Plaintiff(s), Veteran, and/or Fiduciary

Maria Del Socorro Ortiz

Camille Stroughter
Oakland VA Regional Office Counsel

Phillip A. Talbert
United States Attorney

W. Dean Carter
Assistant United States Attorney
E-mail: dean.carter@usdoj.gov
Telephone: (916) 554-2781
Facsimile: (916) 554-2900

Joseph B. Frueh
Assistant United States Attorney
E-mail: joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
501 I Street, Suite 10-100
Sacramento, CA 95814

To the Honorable Court of the United States District Court, District of Arizona,

**Hon. Judge John J. Tuchi**

1) Plaintiff acknowledges the Court's order to show cause regarding non-compliance with Local Rule 3.7(b) in relation to the assignment of a magistrate judge IAW *28 U.S.C. § 636(c)*.

2) Plaintiff accepts the hearing scheduled for October 22, 2024, at 10:00 a.m. and will appear to present and demonstrate cause for the reasons behind the delay in filing the acceptance form for the magistrate judge assignment.

3) At the hearing, Plaintiff will present detailed explanations regarding the non-compliance with the Federal Rules of Civil Procedure (FRCP) and the Local Rules (LR). Plaintiff further requests that all litigants—including Plaintiff(s), Defendant(s), their representatives, and witnesses—be required to personally appear before the Court for this hearing. (see Motion to Compel)

4) In accordance with FRCP Rule 1 and Article 43 of the Grievances Procedure under the Master Agreement between the Department of Veterans Affairs (VA) and the American Federation of Government Employees (AFGE), all action(s)/grievance(s) should be resolved at the lowest level to avoid unnecessary, costly, and prolonged litigation. Therefore, Plaintiff requests that all involved parties be given the opportunity to decide whether to continue defending their rights or surrender them to Plaintiff(s) at the hearing. (thus, see Motion to Compel)

5)   Plaintiff also seeks clarification from the Court regarding the defense or representation of litigants, representatives, and witnesses, including their respective roles in these proceedings. Plaintiff will motion for the Court to add or remove litigants or representatives from the cases, as necessary. (see Motion to Compel)

6)   Additionally, Plaintiff requests clarification of the legal "rights" or "opinions" of current and former Presidents, particularly in reference to their *"claim" of immunity* (U.S. vs Trump) and *the potential elimination of political opponents*. In light of the Supreme Court's agreement with both the United States and Trump, Plaintiff requests that current and former Presidents show cause regarding their ability to "*eliminate political opponents*," while also asserting that Plaintiff-Ortiz, is similarly entitled to immunity to protect National interests.

7)   The issue before this Court is not about the border wall or an election; rather, it is about double dipping—the duplication of benefits, fraud, and the enforcement of the *Rule of Law*. Since the duplication of benefits is considered fraud, and fraud vitiates everything, Plaintiff demands that the *Rule of Law* be enforced against the defendants.

8)   Plaintiff respectfully requests that all parties involved in the litigation be present on October 22, 2024, as representatives of Plaintiff(s), Defendant(s), and/or witness(es)+ . Plaintiff will move the Court for a future hearing before November 5, 2024. (see Motion to Compel)

9) As a viable and constitutionally qualified Presidential candidate, Plaintiff asserts the right to security detail and an executive staff for the campaign. Accordingly, Plaintiff will file a motion requesting the Court and the Government to provide such security and staffing. Furthermore, Plaintiff requests the appointment of representatives, security detail, and diplomatic immunity for all parties involved, including plaintiffs, defendants, and witnesses. (see Motion to Compel)

10) Given the hostilities, adversarial nature and escalating complexity and of this case, Plaintiff, particularly Ortiz and his VA Fiduciary, requests that the Court and the Government (specifically the VA and U.S. Marine Corps) provide security detail for their protection as soon as possible. This protection is necessary due to threats from the rogue government of Saric ("El Chori"), the Sinaloa Cartel specifically "El 72", "La República Mexicana" (President Claudia Sheinbaum Pardo, aka "La Reina del Sur), and other entities, including U.S. officials at the Port of Entry in Nogales, Sonora, Arizona.

11) Relief Sought:

    i. Personal appearance of all parties- in Plaintiffs' Motion to Compel, to appear at the October 22, 2024, Hearing.

    ii. Clarification and resolution of the defense or representation roles of all litigants, representatives, and witnesses

      iii.    Motion to add or remove litigants/representatives

      iv.    Security detail and executive staff for Plaintiff as a Presidential candidate

      v.    Diplomatic immunity for all parties involved

      vi.    Security detail from the VA and USMC for Plaintiff's protection

      vii.    Enforcement of the *Rule of Law* in relation to fraud and duplication of benefits against the defendants

12) The Plaintiff, Rene Ortiz, acknowledges the Court's order to show cause regarding non-compliance with Local Rule 3.7(b) related to the assignment of a magistrate judge. The Plaintiff confirms attendance at the scheduled hearing on **October 22, 2024**, at **10:00 AM**, where he will present reasons for the delay in filing the acceptance form for the magistrate judge assignment.

13) During the hearing, the Plaintiff will provide detailed explanations concerning non-compliance with the Federal Rules of Civil Procedure (FRCP) and Local Rules (LR). The Plaintiff respectfully requests that all litigants—including all Plaintiffs, Defendants, their representatives, and witnesses—be required to appear in person.

14) The Plaintiff seeks clarification from the Court regarding the defense roles of all parties and will request the addition or removal of litigants and representatives as necessary. Additionally, the Plaintiff is seeking clarity on the legal rights of current and former Presidents concerning their *claims of immunity and the implications of eliminating political opponents*.

15) It is emphasized that the central issue before the Court pertains to fraud and the enforcement of the *Rule of Law*, particularly regarding accusations of duplicative benefits. The Plaintiff demands the enforcement of these laws against the defendants involved.

16) The Plaintiff asserts the right to security detail and executive staff as a constitutional presidential candidate and will file a motion regarding this request. Given the complex and adversarial nature of the case, especially due to threats from external entities, the Plaintiff requests immediate security protection from the government, specifically the Department of Veterans Affairs (VA) and the U.S. Marine Corps (USMC).

17) The relief sought by the Plaintiff includes:

   i. The personal appearance of all parties at the hearing on October 22, 2024.
   ii. Clarification of the defense roles of all litigants, representatives, and witnesses.
   iii. Motion to add or remove litigants/representatives.
   iv. Security detail and executive staff for the Plaintiff as a presidential candidate.
   v. Diplomatic immunity for all parties involved.
   vi. Security detail for the Plaintiff's protection.
   vii. Enforcement of the Rule of Law concerning fraud and duplication of benefits against the defendants.

18) The Plaintiff also emphasizes that under no circumstances or unforeseen events should the Court vacate the scheduled hearing nor permit/grant any party (P or D) request to not appear.

Thank you for your consideration of this urgent matter.

DATED this 9th day of October 2024.

Respectfully submitted,

Rene Ortiz, United States Marine, Combat Veteran
October 9, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2024, a copy of the foregoing Response and Motion to Compel was filed into Court and submitted for service by U.S. Attorney General and U.S. Marshalls to all parties Plaintiffs, and Defendants;

Service on the following parties Plaintiffs/Defendants:

1) THE UNITED MEXICAN STATES

PRESIDENT AMLO, ANDRÉS MANUEL LÓPEZ OBRADOR

THE MEXICAN GOVERNMENT

Consulate General of Mexico

2093 Arena Blvd,

Sacramento, CA 95834,

United States

Phone: 1 916-536-6599

Phone: 1 (424) 309-0009

Website: miconsulado.sre.gob.mx

Mexican Embassy, Washington DC

1911 Pennsylvania Avenue NW,

Washington, DC 20006

(202) 728-1600

2) EL ESTADO DE SONORA

GOVERNADOR DE SONORA, ALFONSO DURAZO MONTAÑO

Gobierno del Estado de Sonora

Dirección: Comonfort y Dr. Paliza S/N, Colonia Centenario,

C.P. 83260. Hermosillo, Sonora, México

Teléfonos: Atención Ciudadana (662) 108 4324, Palacio de Gobierno (662) 289 3800

Correo Electrónico: atencionciudadana@sonora.gob.mx, info@pgr.gob.mx, gobmx@funcionpublica.gob.mx

3) THE UNITED MEXICAN STATES

   PRESIDENT AMLO, ANDRÉS MANUEL LÓPEZ OBRADOR

   THE MEXICAN GOVERNMENT

   Office: México; Address: Calle López 14, Colonia Centro, Centro, Cuauhtémoc, 06000 Ciudad de México, CdMX, México; Website: www.pgr.gob.mx, E-mail: info@pgr.gob.mx, gobmx@funcionpublica.gob.mx, Contact person: Project Management Unit Phone: +525553460000

4) THE UNITED STATES OF AMERICA

   THE US GOVERNMENT

   U.S. Department of Justice

   950 Pennsylvania Avenue NW

   Washington DC 20530

5) SPEAKER OF THE HOUSE MIKE JOHNSON

   U.S. Department of Justice

   950 Pennsylvania Avenue NW

   Washington DC 20530

6) PRESIDENT JOSEPH ROBINETTE BIDEN JR.

   U.S. Department of Justice

   950 Pennsylvania Avenue NW

   Washington DC 20530

7) THE STATE OF CALIFORNIA

   GOVERNOR GAVIN CHRISTOPHER NEWSOM

   Governor Gavin Newsom

   1021 O Street, Suite 9000

   Sacramento, CA 95814

   Phone: (916) 445-2841

Office of the Attorney General

1300 I Street,

Sacramento, CA 95814-2919

Phone: (916) 445-9555

Office of the Attorney General

P.O. Box 944255

Sacramento, CA 94244-2550

8) THE STATE OF ARIZONA

GOVERNOR KATHLEEN MARIE HOBBS

Arizona Attorney General Kris Mayes

Office of the Attorney General

Phoenix Office

2005 N Central Ave

Phoenix, AZ 85004-2926

Phone: (602) 542-5025

Fax: (602) 542-4085

9) El Municipio de Saric Sonora

Presidente E. Valenzuela, (El Chori")

Leader of Saric Cartel, Branch of the Sinaloa Cartel "El 72"

Domincio Conocido, Saric Sonora, México

Rene Ortiz.
October 9, 2024