WO

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rene Ortiz, | No. CV-24-02417-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America, et al., | |
| Defendants. | |

Plaintiff, pro se, filed this case on September 13, 2024, seeking $200,000,000,000.00 in damages from each of 11 Defendants who represent the Federal Government, the California state government, the Arizona state government, and the Government of Mexico. Plaintiff neither paid the filing fee nor moved to proceed in forma pauperis to have the fee waived.

On September 16, 2024, the Clerk of the Court issued a minute order advising Plaintiff that within 30 days he must either pay the filing fee or move to proceed in forma pauperis (attaching the appropriate form). (Doc. 5); *see also* 28 U.S.C. § 1914(a). Thirty days have elapsed, and Plaintiff has neither paid the filing fee nor moved to proceed in forma pauperis. No civil action can proceed under these circumstances. *Wairimu v. Dir., Dep't of Homeland Sec.*, No. 19-CV-174-BTM-MDD, 2019 WL 460561, at *3 (S.D. Cal. Feb. 5, 2019).

Therefore,

/ / /

1    **IT IS ORDERED** dismissing this case without prejudice and the Clerk of the Court

2    shall enter judgment accordingly.

3    Dated this 24th day of October, 2024.

James A. Teilborg
Senior United States District Judge