WO

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rene Ortiz, | No. CV-24-02417-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America, et al., | |
| Defendants. | |

On October 24, 2024, this Court dismissed this case due to Plaintiff's failure to either pay the filing fee or move to proceed in forma pauperis. Plaintiff appealed. On April 4, 2025, the Court of Appeals issued the mandate dismissing the appeal because Plaintiff failed to either pay the filing fee or move to proceed in forma pauperis.

On July 28, 2025, Plaintiff moved to proceed in forma pauperis. In the motion, Plaintiff does not address why the motion is over 10 months late. Judgment has entered in this case, and the mandate has issued regarding this appeal. The pending motion does not present cause to vacate the judgment or mandate.

Therefore,

**IT IS ORDERED** that the motion to proceed in forma pauperis (Doc. 24) is denied as untimely.

Dated this 31st day of July, 2025.

James A. Teilborg
Senior United States District Judge